UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:06-CR-495-T-30EAJ

JADRANKO GOSTIC,

    Defendant(s).
_____/

# ORDER

THIS CAUSE comes before the Court upon the United States of America's Request for Leave to Dismiss Indictment (Dkt. #98). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The United States of America's Request for Leave to Dismiss Indictment (Dkt. #98) is GRANTED.

2. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 23, 2010.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cr-495.dismiss 98*